IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRIS NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. _____ |
| RJM ACQUISITIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

1.     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:

      Plaintiff:     Chris Norman

      Defendant:   RJM Acquisitions, LLC

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      Plaintiff:     Chris Norman

3. The undersigned further certifies that the following is a complete list of all persons serving as attorneys for Plaintiff in this proceeding:

>John C. Forbes, Jr.
>The Law Offices of Mark A. Carey, P.C.
>6 Concourse Parkway
>Suite 1500
>Atlanta, Georgia  30328

This 17th day of November, 2010.

_____
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
6 Concourse Parkway
Suite 1500
Atlanta, Georgia  30328
(678) 341-5550