**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| CHRIS NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:10-cv-03766-HTW-GCB |
| | ) | |
| RJM ACQUISITIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT</u>**

COMES NOW RJM Acquisitions LLC, misidentified in the Complaint as "RJM Acquisitions, LLC", Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1 and LR 3.3, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      A.    Plaintiff              Chris Norman

      B.    Defendant          RJM Acquisitions LLC, which is a wholly owned subsidiary of Oyster Bay Group LLC.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      A.    None.

 **(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

      A.    For Plaintiff – John C. Forbes, The Law Offices of Mark A. Carey, P.C.  6 Concourse Parkway, Suite 1500 Atlanta, Georgia 30328.  Telephone: (678) 341-5550; E-mail: attorneyforbes@msn.com

      B.    For Defendant –

        a. John H. Bedard, Jr., Bedard Law Group, PC, 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: 678-253-1871, ext. 244; Facsimile: 678-253-1873; E-mail: jbedard@bedardlawgroup.com

        b. Michael K. Chapman, Bedard Law Group, PC, 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: 678-253-1871, ext. 202; Facsimile: 678-253-1873; E-mail: mchapman@bedardlawgroup.com

Respectfully submitted this 17th day of December, 2010.

                             **BEDARD LAW GROUP, P.C.**

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Michael K. Chapman
Georgia Bar No. 322145

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 244
Facsimile: (678) 253-1873
jbedard@bedardlawgroup.com
mchapman@bedardlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CHRIS NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:10-cv-03766-HTW-GCB |
| | ) | |
| RJM ACQUISITIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed Defendant RJM Acquisitions LLC's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> John C. Forbes
> attorneyforbes@msn.com

Respectfully submitted this 17th day of December, 2010.

**BEDARD LAW GROUP, P.C.**

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Michael K. Chapman
Georgia Bar No. 322145