UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
-------------------------------------------------------------X

CHRIS NORMAN,

                        **Plaintiff,**

-against-

RJM ACQUISITIONS, LLC.,

                        **Defendant.**
-------------------------------------------------------------X

Atty : MLQ ACUISITIONS  45509
Index# 1:10-CV-3766
AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF KINGS

_NASSER ATRASH_ residing in the county of _KINGS_ , being duly sworn, deposes and states that I am over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.
    That on the _29^TH_ day of _NOVEMBER_, 2010, at approximately the time of _9:20_ am at _575 UNDERHILL BLVD, STE# 224, SYSOSSET, NY 11791 c/o SCOTT MATTE_ deponent served the within
_X_ SUMMONS IN A CIVIL ACTION AND COMPLAINT _ w/index #/date endorsed thereon on _ RJM ACQUISITIONS, LLC. _ defendant, a LIMITED LIABILITY CORPORATION by delivering thereat a true copy of each to _ MS. JAIME _ personally, deponent knew said corporation so served to be the corporation, described as said and knew said individual to be a Member/Designated Agent  thereof.
The description of the individual I served is as follows:
  __Male _X_Female
_X_White Skin  __Black Skin  __Yellow Skin  __Brown Skin  __Red Skin
__Black Hair __Brown Hair _X_Blonde Hair  __Gray Hair __Red Hair __White Hair
__Balding __Mustache __Beard __Glasses
__14-20Yrs __21-35Yrs _X_36-50Yrs __51-65Yrs __Over 65Yrs
__Under 5'  __5'0"-5'3"  _X_5'4"-5'8"  __5'9"- 6'0"  __Over 6'0"
__Under 100Lbs  __100-130Lbs  __131-160Lbs  _X_161-200Lbs  __Over 200Lbs

Sworn to before me this
_6_ day of _Dec_, 2010.

WILLIAM MLOTOK
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
PROCESS SERVER
LIC # 1295969

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA  30328
1-800-446-8794



114553

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing action with the foregoing Affidavit of Service by depositing a copy of same in the United States Mail, with adequate postage thereon, properly addressed as follows:

RJM Acquisitions, LLC
c/o Scott Matte
575 Underhill Boulevard
Suite 224
Syosset, New York  11791

This 21st day of December, 2010.

_____
JOHN C. FORBES, JR.
Georgia Bar No. 267709

Attorney for Plaintiff

THE LAW OFFICES OF MARK A. CAREY, P.C.
6 Concourse Parkway
Suite 1500
Atlanta, Georgia  30328
(678) 341-5550